**Order filed January 5, 2023**



**In The**

# Fourteenth Court of Appeals

_____

**NO. 14-22-00953-CV**

_____

**IN RE DEFY INTERNATIONAL, LLC, Relator**

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**On Appeal from the 180th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2018-32675-A**

---

## ORDER

On December 30, 2022, relator Defy International, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. Relator asks this court to compel the Honorable Scott Dollinger to set aside his October 19, 2022 amended order granting severance and abatement and creating a severed action.

Because Judge Dollinger ceased to hold the office of Judge of the 189th District Court, Harris County, Texas, we are required to abate this mandamus proceeding to permit the respondent's successor, the Honorable Tamika Craft, to consider the decision regarding relator's request for relief. *See* Tex. R. App. P. 7.2(b); *see also In re Baylor Med. Ctr. at Garland*, 280 S.W.3d 227, 228 (Tex. 2008)

(orig. proceeding) ("Mandamus will not issue against a new judge for what a former one did.").

Therefore, we abate this proceeding, treat it as a closed case, and remove it from the court's active docket. This original proceeding is abated until **February 6, 2023**, to permit Judge Craft to consider the order underlying relator's request for relief. On or before that date, Judge Craft shall advise the court of the action taken on relator's request by filing a signed order reflecting her ruling concerning relator's request for relief with this court. The court will then consider a motion to reinstate or dismiss the original proceeding, as appropriate.

PER CURIAM

Panel consists of Justices Wise, Jewell, and Hassan.